UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD HASBROUCK, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-00444 (DLF) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PROOF OF SERVICE**

Plaintiff hereby provides Proof of Service for Plaintiff's Complaint. On 23 February 2021, Defendant accepted electronic service of the Summons and Complaint. On 18 March 2021, the Civil Process Clerk at the United States Attorney's Office for the District of Columbia orally confirmed receipt of the Summons and Complaint, although the United States Postal Service ("USPS") tracking system lost track of the envelope en route. The USPS tracking system similarly lost track of the copy mailed via Certified Mail to the U.S. Attorney General, but the undersigned has been unable to reach any Department of Justice ("DOJ") official to confirm receipt of that copy, despite multiple phone calls to multiple relevant numbers. Accordingly, since the Attorney General's copy was mailed over two weeks ago, and since the Civil Process Clerk of the U.S. Attorney's office received service of a contemporaneously mailed envelope four days ago (which would have been delivered to the same DOJ Mail Processing Center in Landover, MD), the Court should consider service to have been effected on 18 March 2021.

Date:   March 22, 2021

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD 20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*