UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVE AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Case No. 1:21-cv-444 (DLF) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendant the National Archives and Records Administration hereby moves for an enlargement of time until May 17, 2021, in which to respond to plaintiff's Complaint in this action. The request is made in good faith and with good cause, as set forth below:

1. Plaintiff filed its Complaint on February 21, 2021, *see* ECF No. 1, and served the United States Attorney on March 18, 2021, see ECF No. 4. Because the Second and Third Causes of Action in the Complaint arise under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, absent an enlargement of time, defendant's response would be due on April 19, 2021. *Id.* § 552(a)(4)(C).

2. Defendant respectfully requests an additional thirty (30) days to respond to the FOIA counts of the Complaint. Good cause supports defendant's request. The Complaint concerns ten FOIA requests submitted to two different federal agencies. The requested extension will provide undersigned counsel adequate time to review the record, including extensive correspondence, associated with each request, and prepare a response to the Complaint that will aid the adjudication of plaintiff's claims. A thirty-day extension will also align the FOIA counts of the Complaint with the First Cause of Action, to which defendant must respond within sixty days.

3. This is the first extension of time requested by either party.

4. As no other deadlines have been set in this matter, the requested extension does not impact any deadlines.

5. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted plaintiff's counsel, who represented that the plaintiff has no objection to the requested extension.

Wherefore, good cause having been shown, defendant respectfully requests that its unopposed motion for an enlargement of time until May 17, 2021, in which to file its response to plaintiff's Complaint be granted. A proposed order granting defendant's unopposed motion accompanies this motion.

Dated:  April 12, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS (DC Bar # 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*