# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVE AND RECORDS ADMINISTRATION,<br><br>Defendant. | Case No. 1:21-cv-444 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that defendant shall file its response to the Complaint no later than May 17, 2021.

Dated: _____, 2021

_____
Judge Dabney L. Friedrich
United Stated District Judge