UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Case No. 1:21-cv-444 (DLF) |

**JOINT MOTION TO STAY**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), plaintiff Edward Hasbrouck and defendant the National Archives and Records Administration (NARA) hereby jointly move the Court to stay this case while the parties work toward resolution of some or all of the claims in the Complaint. The request is made in good faith and with good cause, as set forth below:

1.    Plaintiff filed its Complaint on February 21, 2021, *see* ECF No. 1, and served the United States Attorney on March 18, 2021, *see* ECF No. 4. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and this Court's April 16, 2021 Minute Order, defendant's response to the Complaint is due on May 17, 2021. *Id.* § 552(a)(4)(C).

2.    The Second and Third Causes of Action in the Complaint concern requests plaintiff submitted under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for records of the National Commission on Military, National, and Public Service (Draft Commission), a federal agency the statutory mandate of which expired on September 18, 2021. When the Draft Commission was terminated, defendant NARA assumed legal custody and control of the subset of the Draft Commission's records that were scheduled for permanent preservation in the National Archives or were not eligible for immediate destruction in accordance with the Federal Records Act. In order to allow plaintiff to pursue this litigation, NARA also agreed to retain physical access to (but not legal control over) the records that were properly eligible for destruction by the Draft

Commission upon its termination. A primary controversy in this case is the question of whether NARA assumed legal custody and control of this second category of Draft Commission records.

3. The parties, through counsel, have begun discussions exploring possible resolution of some or all of the FOIA requests at issue in this case. Those discussions are ongoing. The parties believe that there is a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint.

4. Accordingly, the parties respectfully request that the Court stay this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. Further, the parties respectfully request that they be permitted to file a joint status report on or before August 17, 2021, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court grant their joint motion to stay this case and direct the parties to file a joint status report on or before August 17, 2021 indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation. A proposed order granting the parties' joint motion accompanies this motion.

Dated: May 13, 2021                                  Respectfully submitted,

/s/ *Kelly B. McClanahan*                            BRIAN M. BOYNTON
Kelly B. McClanahan, Esq.                            Acting Assistant Attorney General
D.C. Bar #984704
National Security Counselors                         ELIZABETH J. SHAPIRO
4702 Levada Terrace                                  Deputy Director
Rockville, MD 20853                                  Civil Division, Federal Programs Branch
301-728-5908
240-681-2189 fax                                     /s/ *Julie Straus Harris*
Kel@NationalSecurityLaw.org                          JULIE STRAUS HARRIS (DC Bar # 1021928)
                                                     Senior Trial Counsel
*Counsel for Plaintiff*                              United States Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L Street NW, Room 11514
                                                     Washington, D.C. 20005

Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*