UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVE AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Stay, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that parties shall file a joint status report on or before August 17, 2021 indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Dated: _____, 2021

    _____
    Judge Dabney L. Friedrich
    United Stated District Judge