UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

**JOINT STATUS REPORT**

    The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's August 17, 2021 Minute Order.

    1.    Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, and August 17, 2021 Joint Status Report, ECF No. 7, and incorporated here by reference. On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believe that there is a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. *Id*. On August 17, 2021, the parties advised the Court that their discussions exploring possible resolution of some or all of the FOIA requests at issue in this case are ongoing, and respectfully requested that they be permitted to file a joint status report on or before September 20, 2021, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation. ECF No. 7 at 2.

    2.    On August 17, 2021, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before September 20, 2021 indicating whether this case

should continue to be stayed or proposing a schedule for further proceedings." August 17, 2021 Minute Order.

3. The parties, through counsel, are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case. Those discussions are ongoing and, in particular, the parties are currently exploring mediation as a means to bring about possible resolution. The parties believe that there is a possibility that through these efforts, they may be able to resolve some or all of the claims raised in the Complaint.

4. Accordingly, the parties respectfully request that the Court continue its stay of this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. Further, the parties respectfully request that they be permitted to file a joint status report on or before November 19, 2021, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before November 19, 2021 indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Dated: September 20, 2021

/s/ *Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS (DC Bar # 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005

Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*