UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's January 19, 2022 Minute Order.

1.    Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, August 17, 2021 Joint Status Report, ECF No. 7, September 20, 2021 Joint Status Report, ECF No. 8, November 19, 2021 Joint Status Report, ECF No. 9, and January 19, 2022 Joint Status Report, ECF No. 10, and incorporated here by reference. On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believe that there is a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. *Id*. On November 19, 2021, the parties advised the Court that they agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case, and that the parties' first joint mediation session was scheduled for November 22, 2021. ECF No. 9 at 2. On January 19, 2022, the parties advised the court that they had participated in several sessions with a neutral third-party mediator, and that the mediator had indicated his intention to hold additional mediation sessions. ECF No. 10 at 2. The

parties believe that there is a possibility that, through these efforts, they may be able to resolve some or all of the claims raised in the Complaint.

2.      On January 19, 2022, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before March 22, 2022 indicating whether this case should continue to be stayed or proposing a schedule for further proceedings." January 19, 2022 Minute Order.

3.      The parties, through counsel, are continuing to engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. The parties have participated in several sessions with a neutral third-party mediator, and the mediator has indicated his intention to hold additional mediation sessions. In furtherance of the mediation, this week, plaintiff identified for the mediator specific policy issues for settlement discussions in the context of the mediation. The parties expect that the mediator will share with defendant the substance of plaintiff's submission to the mediator, and that defendant will, in turn, submit a response regarding the identified issues. The parties hope that, through these efforts, they may be able to resolve some or all of the claims raised in the Complaint.

4.      Accordingly, the parties respectfully request that the Court continue its stay of this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. Further, the parties respectfully request that they be permitted to file a joint status report on or before May 24, 2022, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before May 24, 2022 indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Dated: March 22, 2022

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ Julie Straus Harris
JULIE STRAUS HARRIS (DC Bar # 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*