## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

      Plaintiff,

  v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

      Defendant.

Case No. 1:21-cv-444 (DLF)

### JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's July 29, 2022 Minute Order.

1.    Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, August 17, 2021 Joint Status Report, ECF No. 7, September 20, 2021 Joint Status Report, ECF No. 8, November 19, 2021 Joint Status Report, ECF No. 9, January 19, 2022 Joint Status Report, ECF No. 10, March 22, 2022 Joint Status Report, ECF No. 11, May 24, 2022 Joint Status Report, ECF No. 12, and July 26, 2022 Joint Status Report, ECF No. 13, and incorporated here by reference.

    a.    On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believe that there is a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. *Id.*

    b.    On November 19, 2021, the parties advised the Court that they agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case, and that the parties' first joint mediation

session was scheduled for November 22, 2021. ECF No. 9 at 2.

   c. On March 22, 2022, the parties advised the court that following several sessions with a neutral third-party mediator, plaintiff had identified for the mediator specific policy issues for settlement discussions in the context of the mediation, that the mediator would be sharing with defendant the substance of plaintiff's submission to the mediator, and that defendant would, in turn, submit a response regarding the identified issues. ECF No. 11 at 2.

   d. On May 24, 2022, the parties advised the court that the mediator had shared with defendant a set of specific policy issues identified by plaintiff for settlement discussions in the context of the mediation, and that defendant was considering plaintiff's submission. ECF No. 12 at 2.

   e. In late July 2022, the defendant shared with the mediator a preliminary draft of potential policy guidance to address plaintiff's concerns raised in the litigation. The mediator provided feedback on the draft guidance document and defendant made revisions to the draft guidance document in consideration of this feedback.

  2. On July 29, 2022, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before October 13, 2022 indicating whether this case should continue to be stayed or proposing a schedule for further proceedings." July 29, 2022 Minute Order.

  3. The parties, with counsel, are continuing to engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. The parties have participated in several sessions with a neutral third-party mediator, and the mediator has indicated his intention to hold additional mediation sessions. In furtherance of the mediation, on September 29, 2022, defendant, through the mediator, shared with plaintiff the draft policy guidance document that defendant prepared to address plaintiff's concerns raised in the litigation. The parties expect that the mediator will discuss with plaintiff the substance of defendant's response, and likely hold additional mediation sessions to explore the parties'

exchange. The parties hope that, through these efforts, they may be able to resolve some or all of the claims raised in the Complaint.

4.      Accordingly, the parties respectfully request that the Court continue its stay of this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. Further, the parties respectfully request that they be permitted to file a joint status report on or before December 5, 2022, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before December 5, 2022, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Dated: October 13, 2022

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Julie Straus Harris*
JULIE STRAUS HARRIS (DC Bar # 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*