UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

**JOINT STATUS REPORT**

    The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's October 13, 2022 Minute Order.

    1.    Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, and joint status reports, ECF Nos. 7 through 14, and incorporated here by reference.

        a.    On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believe that there is a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. *Id.*

        b.    On November 19, 2021, the parties advised the Court that they agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case, and that the parties' first joint mediation session was scheduled for November 22, 2021. ECF No. 9 at 2.

        c.    On March 22, 2022, the parties advised the court that following several sessions with a neutral third-party mediator, plaintiff had identified for the mediator

specific policy issues for settlement discussions in the context of the mediation, that the mediator would be sharing with defendant the substance of plaintiff's submission to the mediator, and that defendant would, in turn, submit a response regarding the identified issues. ECF No. 11 at 2.

        d.      On October 13, 2022, the parties advised the court that defendant, through the mediator, shared with plaintiff the draft policy guidance document that defendant prepared to address plaintiff's concerns raised in the litigation, and that plaintiff was considering defendant's draft policy guidance.  ECF No. 14 at 3.

        e.      On November 9, 2022, the parties and the mediator met to discuss plaintiff's response to defendant's draft policy guidance.  Since then, defendant has been working on its own and with the mediator to try to address plaintiff's response to the draft guidance document.

2.      On October 13, 2022, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before December 5, 2022 indicating whether this case should continue to be stayed or proposing a schedule for further proceedings." October 13, 2022 Minute Order.

3.      The parties, with counsel, are continuing to engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. The mediator has indicated his intention to hold additional mediation sessions.  In furtherance of the mediation, the parties have scheduled a joint session with the mediator for December 20, 2022, to discuss the draft guidance document as revised to address plaintiff's response, as well as to discuss defendant's processing of plaintiff's FOIA requests.

4.      Accordingly, the parties respectfully request that the Court continue its stay of this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. Further, the parties respectfully request that they be permitted to file a joint status report on or before February 1, 2023, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before February 1, 2023, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Dated:  December 2, 2022                    Respectfully submitted,

/s/ Kelly B. McClanahan                     BRIAN M. BOYNTON
Kelly B. McClanahan, Esq.                   Principal Deputy Assistant Attorney General
D.C. Bar #984704
National Security Counselors                ELIZABETH J. SHAPIRO
4702 Levada Terrace                         Deputy Director
Rockville, MD 20853                         Civil Division, Federal Programs Branch
301-728-5908
240-681-2189 fax                            /s/ Julie Straus Harris
Kel@NationalSecurityLaw.org                 JULIE STRAUS HARRIS (DC Bar # 1021928)
                                            Senior Trial Counsel
*Counsel for Plaintiff*                     United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street NW, Room 11514
                                            Washington, D.C. 20005
                                            Tel: (202) 353-7633
                                            Fax: (202) 616-8470
                                            E-mail: julie.strausharris@usdoj.gov

                                            *Counsel for Defendant*