UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

**JOINT STATUS REPORT**

    The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's December 2, 2022 Minute Order.

    1.    Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, and joint status reports, ECF Nos. 7 through 15, and incorporated here by reference.

        a.    On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believe that there is a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. *Id.*

        b.    On November 19, 2021, the parties advised the Court that they agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case, and that the parties' first joint mediation session was scheduled for November 22, 2021. ECF No. 9 at 2.

        c.    On March 22, 2022, the parties advised the court that following several sessions with a neutral third-party mediator, plaintiff had identified for the mediator

specific policy issues for settlement discussions in the context of the mediation. ECF No. 11 at 2. Since that time, defendant prepared and shared with the plaintiff a draft policy guidance document to address plaintiff's concerns raised in the litigation. ECF No. 14 at 3. Further, through the mediation, plaintiff shared with defendant plaintiff's response to the draft policy guidance document, and the mediator worked with the plaintiff to revise the draft policy guidance document. *Id.*; ECF No. 15 at 2.e.

    d.  On December 20, 2022, the parties participated in a joint session with the mediator in which they discussed the draft policy guidance document as revised to address plaintiff's response, as well as defendant's processing of plaintiff's FOIA requests. Since then, defendant has been working to prepare defendant's response to the revised draft policy guidance document.

  2.  On December 2, 2022, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before February 1, 2023 indicating whether this case should continue to be stayed or proposing a schedule for further proceedings." December 2, 2022 Minute Order.

  3.  The parties, with counsel, are continuing to engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. The mediator has indicated his intention to hold additional mediation sessions. In furtherance of the mediation, defendant is scheduled to hold a session with the mediator on February 9, 2023, to discuss defendant's response to the revised draft policy guidance document.

  4.  Accordingly, the parties respectfully request that the Court continue its stay of this case while the parties continue working toward possible resolution of some or all of plaintiff's claims. Further, the parties respectfully request that they be permitted to file a joint status report on or before March 15, 2023, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

  Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before March 15,

2023, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

| | |
|---|---|
| Dated:  February 1, 2023 | Respectfully submitted, |
| */s/ Kelly B. McClanahan* | BRIAN M. BOYNTON |
| Kelly B. McClanahan, Esq. | Principal Deputy Assistant Attorney General |
| D.C. Bar #984704 | |
| National Security Counselors | ELIZABETH J. SHAPIRO |
| 4702 Levada Terrace | Deputy Director |
| Rockville, MD 20853 | Civil Division, Federal Programs Branch |
| 301-728-5908 | |
| 240-681-2189 fax | */s/ Julie Straus Harris* |
| Kel@NationalSecurityLaw.org | JULIE STRAUS HARRIS (DC Bar # 1021928) |
| | Senior Trial Counsel |
| *Counsel for Plaintiff* | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW, Room 11514 |
| | Washington, D.C. 20005 |
| | Tel: (202) 353-7633 |
| | Fax: (202) 616-8470 |
| | E-mail: julie.strausharris@usdoj.gov |
| | |
| | *Counsel for Defendant* |