UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

      Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

      Defendant.

Case No. 1:21-cv-444 (DLF)

**JOINT STATUS REPORT**

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's March 15, 2023 Minute Order.

1. Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, and joint status reports, ECF Nos. 7 through 18, and incorporated here by reference.

    a. On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believed that there was a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continued working toward possible resolution of some or all of plaintiff's claims. *Id.*

    b. On November 19, 2021, the parties advised the Court that they had agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. ECF No. 9 at 2.

    c. On March 15, 2023, the parties advised the Court that while they had been unable to reach a global resolution of this matter, they were, with counsel, continuing to

engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case.

2. On March 15, 2023, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before April 26, 2023 indicating whether this case should continue to be stayed or proposing a schedule for further proceedings." March 15, 2023 Minute Order.

3. The parties are still exploring the possibility of resolution through settlement of some or all of the FOIA requests at issue in this case. To that end, the defendant provided to plaintiff a settlement proposal with respect to processing of Mr. Hasbrouck's FOIA requests at issue in this litigation. Plaintiff is considering that proposal and expects to discuss the proposal with the defendant, perhaps via additional mediation session(s) with the mediator.

4. Accordingly, the parties respectfully request that the Court continue its stay of this case while the parties continue working toward possible resolution of some or all of plaintiff's FOIA requests at issue in this case. Further, the parties respectfully request that they be permitted to file a joint status report on or before June 7, 2023, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before June 7, 2023, indicating whether this case should continue to be stayed or proposing a schedule for continuing the litigation.

Dated: April 26, 2023                              Respectfully submitted,

/s/ Kelly B. McClanahan                            BRIAN M. BOYNTON
Kelly B. McClanahan, Esq.                          Principal Deputy Assistant Attorney General
D.C. Bar #984704
National Security Counselors                       ELIZABETH J. SHAPIRO
4702 Levada Terrace                                Deputy Director
Rockville, MD 20853                                Civil Division, Federal Programs Branch
301-728-5908

| | |
|---|---|
| 240-681-2189 fax<br>Kel@NationalSecurityLaw.org<br><br>*Counsel for Plaintiff* | */s/ Julie Straus Harris*<br>JULIE STRAUS HARRIS (DC Bar # 1021928)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Room 11514<br>Washington, D.C. 20005<br>Tel: (202) 353-7633<br>Fax: (202) 616-8470<br>E-mail: julie.strausharris@usdoj.gov<br><br>*Counsel for Defendant* |