UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

**JOINT STATUS REPORT**

    The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's April 27, 2023 Minute Order.

    1.    Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, and joint status reports, ECF Nos. 7 through 19, and incorporated here by reference.

        a.    On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believed that there was a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continued working toward possible resolution of some or all of plaintiff's claims. *Id.*

        b.    On November 19, 2021, the parties advised the Court that they had agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. ECF No. 9 at 2.

        c.    On March 15, 2023, the parties advised the Court that while they had been unable to reach a global resolution of this matter, they were, with counsel, continuing to

engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case.

        d.      On April 26, 2023, the parties advised the Court that the defendant provided to plaintiff a settlement proposal with respect to processing of Mr. Hasbrouck's FOIA requests at issue in this litigation, and that the plaintiff was considering that proposal and expected to discuss the proposal with the defendant. On June 6, 2023, the plaintiff provided the defendant with a response to defendant's settlement proposal.

2.      On April 27, 2023, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before June 7, 2023 indicating whether this case should continue to be stayed or proposing a schedule for further proceedings." April 27, 2023 Minute Order.

3.      The parties have now determined that they are unlikely to resolve through settlement any of plaintiff's claims in this case. The parties respectfully request that the Court grant them time to meet and confer in advance of proposing a schedule for continuing the litigation.

4.      Accordingly, the parties respectfully request that the Court continue its stay of this case until July 19, 2023, while the parties meet and confer regarding a schedule for continuing the litigation. Further, the parties respectfully request that they be permitted to file a joint status report on or before July 19, 2023, proposing a schedule for continuing the litigation.

Wherefore, good cause having been shown, the parties respectfully request that the Court continue to stay this case and direct the parties to file a joint status report on or before July 19, 2023, proposing a schedule for continuing the litigation.

Dated: June 7, 2023                          Respectfully submitted,

*/s/ Kelly B. McClanahan*              BRIAN M. BOYNTON
Kelly B. McClanahan, Esq.            Principal Deputy Assistant Attorney General
D.C. Bar #984704
National Security Counselors         ELIZABETH J. SHAPIRO
4702 Levada Terrace                    Deputy Director
Rockville, MD 20853                    Civil Division, Federal Programs Branch

| | |
|---|---|
| 301-728-5908<br>240-681-2189 fax<br>Kel@NationalSecurityLaw.org<br><br>*Counsel for Plaintiff* | */s/ Julie Straus Harris*<br>JULIE STRAUS HARRIS (DC Bar # 1021928)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Room 11514<br>Washington, D.C. 20005<br>Tel: (202) 353-7633<br>Fax: (202) 616-8470<br>E-mail: julie.strausharris@usdoj.gov<br><br>*Counsel for Defendant* |