AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| EDWARD HASBROUCK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-444 (DLF) |
| NATIONAL ARCHIVES & RECORDS ADMIN. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant

Date: 07/13/2023

/s/ James R. Powers
*Attorney's signature*

James R. Powers (TX Bar No. 24092989)
*Printed name and bar number*

Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
*Address*

James.R.Powers@usdoj.gov
*E-mail address*

(202) 353-0543
*Telephone number*

(202) 616-8460
*FAX number*