UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

**JOINT STATUS REPORT**

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's April 27, 2023 Minute Order.

1. Relevant background to this case is provided in the parties' May 13, 2021 Joint Motion to Stay, ECF No. 6, and joint status reports, ECF Nos. 7 through 19, and incorporated here by reference.

    a. On May 13, 2021, the parties advised the Court that the parties are engaged in discussions exploring possible resolution of some or all of the FOIA requests at issue in this case, and that the parties believed that there was a possibility that through these discussions, they may be able to resolve some or all of the claims raised in the Complaint. ECF No. 6 at 2. Accordingly, the parties jointly moved the Court to stay this case while the parties continued working toward possible resolution of some or all of plaintiff's claims. *Id.*

    b. On November 19, 2021, the parties advised the Court that they had agreed to participate in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case. ECF No. 9 at 2.

    c. On March 15, 2023, the parties advised the Court that while they had been unable to reach a global resolution of this matter, they were, with counsel, continuing to

engage in non-binding mediation in an effort to bring about possible resolution of some or all of the FOIA requests at issue in this case.

        d.      On June 7, 2023, the parties advised the Court that they had determined that they are unlikely to resolve through settlement any of plaintiff's claims in this case.

2. On June 7, 2023, the Court issued an Order staying this case and directing the parties to "file a joint status report on or before July 19, 2023 proposing a schedule for further proceedings." June 7, 2023 Minute Order.

3. In the time since the Court's June 7, 2023 Minute Order, undersigned counsel, Ms. Straus Harris, has transitioned to a new role at the Department of Justice. Accordingly, responsibility for handling this matter recently was transferred to Mr. Powers, who noticed his appearance in this case on July 13, 2023. ECF No. 21.

4. The parties agree that the appropriate next step in litigation of this matter is for Defendant to respond to plaintiff's Complaint. Defendant has advised plaintiff that at this time, defendant anticipates filing a partial motion to dismiss. The parties respectfully request that the Court set the following schedule for proceedings on defendant's anticipated motion to dismiss:

| | |
|---|---|
| Defendant's partial motion to dismiss | due on or before October 5, 2023 |
| Plaintiff's response to defendant's motion | due on or before November 3, 2023 |
| Defendant's reply in support of motion | due on or before November 17, 2023 |

The parties respectfully submit that this schedule would permit Mr. Powers adequate time to review and analyze plaintiff's Complaint and confer with the defendant to prepare a motion and supporting briefing, as well as permit plaintiff's counsel adequate time to prepare a response to that motion, to assist the Court in adjudicating plaintiff's claims and further the interests of justice.

Wherefore, good cause having been shown, the parties respectfully request that the Court enter the briefing schedule proposed in paragraph 4, above. A proposed order granting the parties' proposed schedule accompanies this motion.

Dated: July 19, 2023                            Respectfully submitted,

| | |
|---|---|
| */s/Kelly B. McClanahan* <br> Kelly B. McClanahan, Esq. <br> D.C. Bar #984704 <br> National Security Counselors <br> 4702 Levada Terrace <br> Rockville, MD 20853 <br> 301-728-5908 <br> 240-681-2189 fax <br> Kel@NationalSecurityLaw.org <br><br> *Counsel for Plaintiff* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Director <br> Civil Division, Federal Programs Branch <br><br> */s/ Julie Straus Harris* <br> JULIE STRAUS HARRIS (DC Bar # 1021928) <br> Assistant Director <br><br> JAMES R. POWERS (TX Bar No. 24092989) <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street NW, Room 11514 <br> Washington, D.C. 20005 <br> Tel: (202) 353-7633 <br> Fax: (202) 616-8470 <br> E-mail: julie.strausharris@usdoj.gov <br><br> *Counsel for Defendant* |