# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL ARCHIVE AND RECORDS ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 1:21-cv-444 (DLF) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, ECF No. 22, it is hereby

**ORDERED** that the parties' proposed schedule for briefing defendant's anticipated motion to dismiss is **GRANTED**, and it is further

**ORDERED** that defendant shall file its motion to dismiss on or before October 5, 2023; and it is further

**ORDERED** that plaintiff shall file its response to defendant's motion on or before November 3, 2023; and it is further

**ORDERED** that defendant shall file its reply in support of its motion to dismiss on or before November 17, 2023.

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Dabney L. Friedrich
　　　　　　　　　　　　　　　　　　　　　　　　　　　United Stated District Judge