# Exhibit A



Susan Gillett <susan.gillett@nara.gov>

# FOIA Request NGC20-638 [FOIAonline NARA-NGC-2020-001111]

**FOIA** <FOIA@nara.gov>  Thu, Sep 24, 2020 at 4:45 PM
Reply-To: foia@nara.gov
To: FOIA <FOIA@nara.gov>
Cc: "edward@hasbrouck.org" <edward@hasbrouck.org>

September 24, 2020

Dear Mr. Hasbrouck:

On September 21, 2020, the National Archives Office of General Counsel (NGC) received your FOIA request concerning records of the National Commission on Military, National, and Public Service (NCMNPS or Commission) that you submitted via email on the same date to foia@nara.gov and to specialaccess_foia@nara.gov (our Office of Research Services, Special Access and FOIA). This email serves to acknowledge receipt of your request to the extent it is seeking temporary NCMNPS records. Our office has assigned your request tracking number **NGC20-638** in addition to a FOIAonline tracking number of NARA-NGC-2020-001111. Please cite both of these tracking numbers in any future correspondence to our office about this request.

The portions of your request seeking access to permanent records of the Commission that have been accessioned into the National Archives will be handled by the Special Access and FOIA office. That office will assign you a separate tracking number and respond directly to you.

Please note that any search for NCMNPS temporary records will be limited to those temporary records that were subject to a retention period beyond the termination of the Commission pursuant to the General Records Schedule (GRS) for which NARA took legal custody. This is not deemed to be a request for records contained within the NCMNPS temporary records that were appropriately scheduled for disposal upon the termination of the Commission on September 18, 2020 and that NARA is holding for a short interim period. As you were previously informed prior to the termination of the Commission, NARA will not accept FOIA requests for those records.

Sincerely,

The FOIA Team
Office of General Counsel
National Archives and Records Administration
College Park, MD
foia@nara.gov