**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD HASBROUCK,

          Plaintiff,

   v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

          Defendant.

Case No. 1:21-cv-444 (DLF)

**[PROPOSED] ORDER**

     Upon consideration of Defendant's Motion to Dismiss in Part and the parties' briefing regarding it, it is hereby

     **ORDERED** that Defendant's Motion is **GRANTED**; and it is further

     **ORDERED** that the first and second causes of action in the Complaint, ECF No. 1, are **DISMISSED**.

     **SO ORDERED**.

Dated: _____

                                _____
                                The Honorable Dabney L. Friedrich
                                United States District Judge