UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:21-cv-00444 (DLF) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS IN PART**

NOW COMES Plaintiff to respectfully request a 76-day enlargement, until 17 January 2024, of his deadline to file his opposition to Defendant's Motion to Dismiss in Part, Dkt. #23. This filing is due on 2 November 2023. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. The undersigned was required to take over a week either partially or completely off in October to handle logistics regarding a death in the family. He originally intended to seek approximately an extension of approximately one month, but then his opposing counsel in several other cases sought extensions of *their* filing deadlines which would necessitate him filing responses throughout the month of December. He accordingly consulted with Defendant's counsel, and the parties agreed that Plaintiff would seek this lengthier-than-usual extension and simultaneously request that Defendant's reply be due 31 January 2024.

This is the first extension requested for this filing. A proposed Order accompanies this Motion.

Date:   November 2, 2023

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*