UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:21-cv-00444 (DLF) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | * |
| Defendant. | * |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS IN PART**

NOW COMES Plaintiff to respectfully request a further one-week enlargement, until 24 January 2024, of his deadline to file his opposition to Defendant's Motion to Dismiss in Part, Dkt. #23. This filing is due on 17 January 2024. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. The undersigned's two small children have been home sick this week, and while such a complication would not normally affect a deadline a week from now, it did affect a 9 January deadline for another case being briefed in the Eleventh Circuit. As a result of the extension of that deadline, the time that would otherwise be spent working on this case is now going to be spent working on that case, with the practical effect that the undersigned will not be able to turn his attention to this case again until early next week. He accordingly asks for this brief extension to account for this shifted schedule.

When he consulted with Defendant's counsel, the parties agreed that Plaintiff would also request that Defendant's reply be due 7 February 2024 to preserve the fourteen-day space between the briefs.

This is the second extension requested for this filing. A proposed Order accompanies this Motion.

Date:   January 10, 2024

                                                                               Respectfully submitted,

                                                                                /s/ Kelly B. McClanahan  
                                                                               Kelly B. McClanahan, Esq.  
                                                                               D.C. Bar #984704  
                                                                               National Security Counselors  
                                                                               4702 Levada Terrace  
                                                                               Rockville, MD  20853  
                                                                               301-728-5908  
                                                                               240-681-2189 fax  
                                                                               Kel@NationalSecurityLaw.org

                                                                              *Counsel for Plaintiff*