**14 Dec 2020, 16:24**

*From:*          GaryM Stern <garym.stern@nara.gov>
*Date sent:*     Mon, 14 Dec 2020 16:24:22 -0500
*Subject:*       Re: Request for assistance of FOIA Public Liaison and OGIS
*To:*            Edward Hasbrouck <edward@hasbrouck.org>
*Copies to:*     FOIA <FOIA@nara.gov>, OGIS <ogis@nara.gov>

Dear Mr. Hasbrouck:

You have already filed an administrative appeal to your request 2020-SP-33 , which the NCMNPS responded to and denied in its September 11, 2020 letter from Joseph Heck to you (copy attached).  And in any event, NARA neither can nor will respond to an appeal of a FOIA request that was made to the Commission.

Moreover, as has already been explained to you, the "temporary records received by NARA from the NCMNPS that were *not* 'subject to a retention period beyond the termination of the Commission pursuant to the General Records Schedule (GRS)'" are not in NARA's legal custody, and NARA will not respond to any FOIA requests for those records. Rather, as noted in Mr. Heck's letter denying your administrative appeal, "Out of an abundance of caution, NARA intends to retain these temporary records until December 7, 2020—90 days from the date of your appeal of our denial of your FOIA request—for the purpose of allowing you to address any further legal rights related to this specific FOIA request."

Therefore, no further appeal of that request is necessary, and your "further legal right" to file a FOIA lawsuit commenced when the Commission denied your appeal. NARA agreed to keep the records for an additional 90 days, "out of an abundance of caution," in case you wanted to file such a lawsuit. While that time has now lapsed, NARA will hold this set of the Commission's records for an additional 60 days, or until February 15, 2021, to afford you that opportunity.  We do not intend to respond to any further queries about this matter.

Sincerely,

Gary M. Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD  20740
301-837-3026 (office)
301-837-0293 (fax)
garym.stern@nara.gov




On Thu, Dec 3, 2020 at 9:26 PM Edward Hasbrouck <edward@hasbrouck.org> wrote:

> On 3 Dec 2020 at 17:37, "GaryM Stern" <GaryM Stern <garym.stern@nara.gov>>
>
> wrote:
>

Ex. 1