UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD HASBROUCK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00444 (DLF) |
| | * | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ERRATA

Plaintiff Edward Hasbrouck's undersigned counsel has identified a grammatical error in the filings filed last night which changes the meaning of the argument, and he corrects it herein.

On page 4 of Dkt. #26 (and page 5 of Dkt. #27), the sentence starting on line 2 reads, "NARA does not—and cannot—allege that GRS 4.2 prohibits an agency from destroying a record which is subject to a FOIA request for six years after receipt of the request." This sentence should instead read, "NARA does not—and cannot—allege that GRS 4.2 does not prohibit an agency from destroying a record which is subject to a FOIA request for six years after receipt of the request."

Plaintiff apologizes for the oversight.

Date:   January 25, 2024

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853

301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*