## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD HASBROUCK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00444 (DLF) |
| | * | |
| NATIONAL ARCHIVES AND RECORDS | * | |
| ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S CONSENT *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS IN PART

NOW COMES Plaintiff to respectfully request a retroactive one-hour enlargement, until 1:00 AM on 25 January 2024, of his deadline to file his opposition to Defendant's Motion to Dismiss in Part, Dkt. #23. This filing was due at midnight on 24 January and was filed as Dkt. #26 at 12:53 AM on 25 January. Defendant consents to this Motion.

Plaintiff requests this extension due to excusable neglect. Unbeknownst to the undersigned until Wednesday evening, Plaintiff had jury duty on Wednesday, and this created a delay in his ability to respond to the undersigned regarding issues which did not develop until Tuesday. As a result, the undersigned was unable to complete the filing by midnight but did steadily work to file it as soon as possible afterwards.

This is the third and final extension requested for this filing. A proposed Order accompanies this Motion.

Date:   January 25, 2024

                                                Respectfully submitted,

                                                 /s/ Kelly B. McClanahan  
                                                Kelly B. McClanahan, Esq.  
                                                D.C. Bar #984704  
                                                National Security Counselors  
                                                4702 Levada Terrace  
                                                Rockville, MD  20853  
                                                301-728-5908  
                                                240-681-2189 fax  
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*