**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWARD HASBROUCK, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:21-cv-00444 (DLF) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | * |
| Defendant. | * |

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent *Nunc Pro Tunc* Motion for Enlargement of Time Within Which to File His Opposition to Defendant's Motion to Dismiss in Part, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Dabney L. Friedrich
United States District Judge