## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

        Plaintiff,

   v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

        Defendant.

Case No. 1:21-cv-444 (DLF)

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS IN PART

Defendant respectfully requests that the Court extend its deadline to file a reply in support of its motion to dismiss in part, ECF No. 23, from February 1 to February 8, 2024.  Plaintiff consents to the relief requested.  In further support of this motion, Defendant states the following:

1.  Plaintiff filed a response in opposition, ECF No. 26, to Defendant's motion to dismiss on January 25, 2024.[1]  Under the Court's local rules, Defendant's reply in support of its motion is due February 1, 2024.  LCvR 7(d).  Plaintiff's response was combined with a motion for judgment on the pleadings pursuant to Rule 12(c), ECF No. 27.  Under the Court's local rules, Defendant's opposition to that motion is due February 8, 2024.  LCvR 7(b).

2.  Defendant assesses that it would be most efficient for the parties and the Court if Defendant responds to Plaintiff's combined filing through a similarly combined reply and opposition.  To facilitate such a combined presentation, Defendant respectfully requests a one-week extension of time to align the reply and opposition deadlines.  Additionally, an extension of

---

[1] Plaintiff's response was due January 24, 2024.  *See* Minute Order of Jan. 10, 2024.  Plaintiff has filed a consent motion for extension of time, *nunc pro tunc*, which remains pending as of this filing.  *See* ECF No. 29.

one week beyond the ordinary deadline for replies is appropriate where Plaintiff sought extensions

of far greater length to respond to Defendant's initial motion.

   3.   For the foregoing reasons, Defendant respectfully seeks an extension of time to file

its reply in support of its motion to dismiss in part, ECF No. 23, from February 1 to February 8,

2024.

Dated:  January 25, 2024       Respectfully submitted,

                 BRIAN M. BOYNTON
                 Principal Deputy Assistant Attorney General

                 ELIZABETH J. SHAPIRO
                 Deputy Director

                 */s/ James R. Powers*
                 JAMES R. POWERS (TX Bar No. 24092989)
                 Trial Attorney
                 United States Department of Justice
                 Civil Division, Federal Programs Branch
                 1100 L Street NW
                 Washington, D.C. 20005
                 Tel: (202) 353-0543
                 E-mail: James.R.Powers@usdoj.gov

                 *Counsel for Defendant*