**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EDWARD HASBROUCK,

       Plaintiff,

  v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

      Defendant.

Case No. 1:21-cv-444 (DLF)

**[PROPOSED] ORDER**

    Upon consideration of Defendants' Consent Motion for Extension of Time to File Reply in Support of Motion to Dismiss in Part and for the reasons stated therein, it is hereby

    **ORDERED** that the Motion is **GRANTED**; and it is further

    **ORDERED** that Defendants may file a reply in support of their motion to dismiss in part, ECF No. 23, by February 8, 2024.

    **SO ORDERED.**

DATED:                                  _____

                                        HON. DABNEY L. FRIEDRICH
                                        United States District Judge