# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>  Plaintiff,<br><br> v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>  Defendant. | Case No. 1:21-cv-444 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Cross-Motion for Judgment on the Pleadings, ECF No. 27, and the parties' briefing regarding it, it is hereby

**ORDERED** that Plaintiff's Motion is **DENIED**.

**SO ORDERED**.

Dated: _____

                   The Honorable Dabney L. Friedrich
                   United States District Judge