**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWARD HASBROUCK,<br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-444 (DLF)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Andrew

E. Carmichael as counsel for Defendant in the above captioned case.


DATED: February 23, 2024                          Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Director

                                                  /s/ *Andrew E. Carmichael*
                                                  ANDREW E. CARMICHAEL
                                                  Senior Trial Counsel
                                                  Civil Division, Federal Programs Branch
                                                  U.S. Department of Justice
                                                  1100 L St., N.W.
                                                  Washington, D.C. 20005
                                                  Telephone: (202) 514-3346
                                                  E-mail: andrew.e.carmichael@usdoj.gov

                                                  *Counsel for Defendants*