# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EDWARD HASBROUCK,

    Plaintiff,

  v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant.

Case No. 1:21-cv-444 (DLF)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, James R. Powers, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated:  February 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 353-0543
E-mail: James.R.Powers@usdoj.gov

*Counsel for Defendant*