# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    *Defendant*. | No. 1-21-cv-444 |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF FAITH LOWRY AS COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.6, Defendant provides notice of withdrawal of Faith E. Lowry as counsel. Ms. Lowry is departing the Department of Justice, and Defendant in this case will continue to be represented by Andrew Carmichael and any other Department of Justice attorneys who enter an appearance. A trial date has not been set in this matter.

Date: March 11, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

/s/ Faith E. Lowry
Faith E. Lowry
(TX Bar No. 24099560)
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs
1100 L Street NW Washington, DC 20005
202-305-5581
Email: faith.e.lowry@usdoj.gov

*Counsel for Defendant*