IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    *Defendant*. | Case No. 1:21-cv-444 (DLF) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Andrew J. Rising, United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendant. All orders, briefs, and correspondence should be directed to him.

Dated: March 31, 2025                    Respectfully submitted,

*/s/ Andrew Rising*
ANDREW J. RISING
D.C. Bar No. 1780432
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12520
Washington, D.C. 20005
Phone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendant*

1