**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EDWARD HASBROUCK,<br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:21-cv-444 (DLF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), undersigned counsel for Defendant, Andrew E. Carmichael, files

this notice of withdrawal of appearance.    No trial date has been set in this matter and Defendant

will continue to be represented by previously appearing counsel of record from the Department of

Justice.

DATED: March 31, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St., N.W.
Washington, D.C. 20005
Telephone: (202) 514-3346
E-mail: andrew.e.carmichael@usdoj.gov

*Counsel for Defendant*