# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HASBROUCK,<br><br>　　*Plaintiff*,<br><br>　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　*Defendant*. | Case No. 1:21-cv-444 (DLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice of the substitution of counsel for Defendants. Liam C. Holland, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record and will replace Andrew J. Rising, who is departing government service on February 13, 2026, and hereby withdraws as counsel of record. No trial date has been set in this matter. All future orders, briefs, and correspondence should be directed to Liam C. Holland.

Dated: February 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-4964
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*